UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Derek Mortland** <br> Plaintiff, <br> v. <br> **Om Mahate Namah Inc.,** et al <br> Defendants. | ) <br> ) <br> ) Case No. 5:22-cv-00402-SL <br> ) <br> ) <br> ) Judge Sara Lioi <br> ) <br> ) <br> ) |

# **STIPULATION AND ORDER OF DISMISSAL**

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Date: April 28, 2023

Respectfully Submitted,

| | |
|---|---|
| /s/ Owen B, Dunn, Jr. | /s/ Kristen E. Campbell Traub |
| Owen B. Dunn Jr. (OH Bar #0074743) | *Kristen E. Campbell Traub (#0066452)* |
| Law Offices of Owen Dunn, Jr. | **Pelini Campbell & Ricard LLC** |
| The Ottawa Hills Shopping Center | *8040 Cleveland Avenue NW* |
| 4334 W. Central Avenue, Suite 222 | *Suite 400* |
| Toledo, OH 43615 | *North Canton, OH 44720* |
| Phone: (419) 241-9661 | *Telephone: (330) 305-6400, Ext. 131* |
| Fax: (419) 241-9737 | *Email: kec@pelini-law.com* |
| Email: dunnlawoffice@sbcglobal.net | *Attorney for Nimesh Arora and Nutan Arora* |
| *Attorney for Plaintiff* | *and Wooster Lodging LLC* |

**CRITCHFIELD, CRITCHFIELD & JOHNSTON, LTD.**

By: /s/ *Shannon E. Kreuer*
Shannon E. Kreuer (0096536)
4996 Foote Road
Medina, Ohio 44256
Phone: (330) 723-6404
Fax: (330) 721-7644
E-mail: kreuer@ccj.com
*Attorneys for Defendant Om Mahate Namah Inc.*

By: /s/ *Kimberly L. Hall*
Kimberly L. Hall (S.Ct. #0090677)
225 North Market Street; P.O. Box 599
Wooster, Ohio 44691
Phone: (330) 264-4444
Fax: (330) 263-9278
E-mail: khall@ccj.com
*Attorneys for Defendan Om Mahate Namah Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 28, 2023, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent via the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                               /s/ Owen B. Dunn, Jr.

## ORDER

Pursuant to the above Stipulation,

    IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

    IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Dated: _____May 1_____, 2023

IT IS SO ORDERED.

_____
JUDGE SARA LIOI